**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Eli R. Greenstein (State Bar No. 217945)
egreenstein@ktmc.com
Stacey M. Kaplan (State Bar No. 241989)
skaplan@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Attorneys for Plaintiffs Michael E. Johnson Sr. and Michael E. Johnson Jr. and the proposed Class*

[*additional counsel listed on signature page*]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| MICHAEL E. JOHNSON SR. and MICHAEL E. JOHNSON JR. on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation,<br><br>　　　　Defendant. | Case No. 2:15-cv-7394<br><br>**NOTICE OF RELATED CIVIL CASE UNDER L.R. 83-1.3** |

In compliance with L.R. 83-1.3, Plaintiffs Michael E. Johnson Sr. and Michael E. Johnson Jr. identify the following case as related: *McCabe v. Volkswagen Group of America, Inc.,* No. 5:15-cv-01930-MMM-SP (C.D. Cal.) (the "*McCabe* Case "). The *McCabe* Case is related to this action because both actions (1) name a common defendant; (2) arise from the same transactions, happenings or events; and (3) call for a determination of the same or substantially identical questions of law and fact.

Specifically, both actions name Volkswagen Group of America, Inc. as a defendant. Both complaints allege, among other things, violations of various state statutes and common law duties, arising from Volkswagen omitting material information and issuing misleading statements about its scheme to evade federal and state emission standards through the use of a prohibited device. Additionally, both actions rely upon disclosures set forth in letters by the United States Environmental Protection Agency ("EPA") and Air Resource Board of the California Environmental Protection Agency ("Cal EPA"), dated September 18, 2015, to plead the various claims asserted in each action.

Finally, based on the foregoing allegations, both complaints assert claims for Fraud by Concealment, Breach of Contract, and Unjust Enrichment. Accordingly, the above captioned case and the *McCabe* Case are related actions.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATED: September 21, 2015

**KESSLER TOPAZ**
 **MELTZER & CHECK, LLP**

s/ Eli R. Greenstein
Eli R. Greenstein (State Bar No. 217945)
egreenstein@ktmc.com
Stacey M. Kaplan (State Bar No. 241989)
skaplan@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

- and –

**KESSLER TOPAZ**
 **MELTZER & CHECK, LLP**
Joseph H. Meltzer
jmeltzer@ktmc.com
Darren J. Check
dcheck@ktmc.com
Peter A. Muhic
pmuhic@ktmc.com
Naumon A. Amjed
namjed@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Attorneys for Plaintiffs Michael E. Johnson Sr. and Michael E. Johnson Jr. and the proposed Class*

2